DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**LESLIE ANNE MOORE,** Personal Representative of the **ESTATE OF WINSTON ALEXANDER MOORE, JR.,**
Appellant,

v.

**GALLAGHER 4, LLC,** d/b/a **GALLAGHER GROUP HOME #4, PBS, INC. COMMUNITY RESIDENTIAL HOMES,** and **SHIRLEY GALLAGHER,** Individually, and **ADVOCATES IN MOTION, P.A.,**
Appellees.

No. 4D2023-0620

[August 22, 2024]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Jeffrey R. Levenson, Judge; L.T. Case No. CACE17-009287.

Jordan A. Dulcie of Searcy Denney Scarola Barnhart & Shipley, P.A., West Palm Beach, and Nichole J. Segal of Burlington & Rockenbach, P.A., West Palm Beach, for appellant.

Therese A. Savona of Cole, Scott & Kissane, P.A., Orlando, for appellees.

PER CURIAM.

*Affirmed.*

GERBER, CONNER and KUNTZ, JJ., concur.

\*        \*        \*

***Not final until disposition of timely filed motion for rehearing.***